RELATED DDJ

FILED
CLERK, U.S. DISTRICT COURT
MAR - 8 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

1 Dean Himbler Aviles-Rothchild
Reg No.66156-112-9th Floor South     FEE DUE
2 Metropolitan Detention Center LA
535 North Alameda Street
3 Los Angeles,California,90012-3405

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

---

DEAN HIMBLER AVILES,ET AL.,                CASE NO. 2:19-CV-01723-AG-JPR
          PETITIONER
          VS.                              STATE COURT CASE NUMBER:
PEOPLE OF THE STATE OF CALIFORNIA                    BA467089
UNITED STATES MARSHALS SERVICE,
JOHN T. LEMASTER,WARDEN,ET AL.,
AND JACKIE LACEY DISTRICT
ATTORNEY COUNTY OF LOS ANGELES,
          RESPONDENTS

---

PETITION FOR WRIT OF HABEAS CORPUS TO PROVIDE PRELIMINARY HEARING
    AND TRIAL (18 U.S.C § 3060(D))(PENAL CODE § 1381.5)

The Petition of Dean Himbler Aviles,et al.,shows:

1. Petitioner is currently in the custody of the United States Marshals and John T. Lemaster,Warden at Metropolitan Detention Center Los Angeles Institution 535 north Alameda Street,Los Angeles,California,90012-3405.

2. Petitioner has a Bench warrant regarding Case Number:BA467089, processed at Superior Court of California County of Los Angeles Clara Shortridge Foltz Criminal Justice Center 210 West Temple Street,Los Angeles,CA,90012.

3. Petitioner has been demanding to be brought to trial on this State Court and all other pending State Court Cases since 09/09/18 The Los Angeles County District Attorney has responded back to petitioner on 11/13/2018,12/12/2018 and 12/20/2018 refusing to bring petitioner to preliminary hearing and trial proceedings or dismissing the action for want of prosecution under penal code section 1381.5 (Defendant confined to a Federal Institution).

4. The Bench warrant is unlawful in that the petitioner has been deprived of an immediate preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure and Section 3060(B)(1) of Title 18 of The United States Code. Unless this Honorable Court grants the relief prayed in the petition,he will continue to be so deprived of the right to a timely preliminary hearing,trial or dismissal for want of prosecution.

5. The Los Angeles County District Attorney is in violation of petitioners rights under Rule 5.1(C) and section 3060(B). Refusing to bring petitioner to preliminary hearing and trial proceedings as required by section 3060(D) of Title 18 of The United States

(1)

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR - 6 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Code and under California Penal Code Section 1381.5

6. Petitioner did not consent to an untimely preliminary hearing and trial proceedings. The State Court for Case No. BA467089 is located in the same zip code of 90012 as petitioner's detention Housing and does not "Qualify" as "Extraordinary Circumstances" under wich a delay "Is indispensable to the interests of justice" as would be required Section 3060(D) for a delayed hearing over the objection of a defendant.

7. Section 3060(D) of Title 18 of The United States Code unequivocally provides:

An arrested person who has not been accorded the preliminary examination required...Whitin limits of Both section 3060 and Rule 5.1(B), SHALL be discharged from custody or from the requirement of bail of any other condition of release.

8. A delay of this long duration is unreasonable and tantamount to a denial of the petitioner's Constitutional rights to due process of Law.

9. No previous application for the same or similar relief has been sought in this Court or other Court.

PRAYER

Petitioner prays that this Honorable Court issue a Writ of Habeas Corpus, directed to The United States Marshals Service and John T. Lemaster, Warden commanding them to;

1. Produce the body of petitioner before the State Court so that Case Number: BA467089 be brought to trial and for a preliminary hearing.

2. To Quash outstanding warrant under Case Number: 467089.

Respectfully Submitted

By Special Apperance.,

Dated; 03/03/2019

Dean Himbler Aviles, et al., In Pro Se.

(2)

DATED:

DEAN HIMBLER AVILES, ET AL.,
REG NO. 66156-112-9TH FLOOR SOUTH
METROPOLITAN DETENTION CENTER LA
535 NORTH ALAMEDA STREET
LOS ANGELES, CALIFORNIA, 90012-3405



SPECIAL LEGAL MAIL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
ROOM 180- 255 EAST TEMPLE STREET
LOS ANGELES, CALIFORNIA, 90012.

RECEIVED
CLERK, U.S. DISTRICT COURT

MAR - 6 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

3/2/19     MAILROOM
DATE IN / DATE OUT

DATE IN / DATE OUT     COUNSELOR

DATE RECEIVED     INMATE SIGNATURE

The enclosed letter was processed through special mail procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.