# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN HIMBLER AVILES, | ) Case No. CV 19-1723-AG (JPR) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF U.S. ) MAGISTRATE JUDGE |
| PEOPLE OF THE STATE OF CALIFORNIA et al., | ) |
| Respondents. | ) |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636(b)(1). On September 3, 2019, Petitioner filed Objections to the R. & R., stating that he has been trying to satisfy the "custody requirements" for this Court to exercise jurisdiction over his Petition. (Objs. at 1.) But the documents he attaches to his Objections underscore that as the Magistrate Judge found, he is not in custody on the state charge the Petition challenges. (See, e.g., Objs., Attachs. at 12 (response to Petitioner's request that detainer in case number BA467089 be lodged against him: "We cannot place detainers on you unless the agency requests it.").)

Having reviewed de novo those portions of the R. & R. to

which Petitioner objected, the Court accepts the Magistrate Judge's findings and recommendations. IT THEREFORE IS ORDERED that Respondent's motion to dismiss is GRANTED and this action is DISMISSED. Judgment should be entered accordingly.

DATED: November 9, 2019

ANDREW GUILFORD
U.S. DISTRICT JUDGE