JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEAN HIMBLER AVILES,<br><br>           Petitioner,<br><br>      v.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA et al.,<br><br>           Respondents. | Case No. CV 19-1723-AG (JPR)<br><br>**JUDGMENT** |

In line with the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, this action is dismissed.

DATED: November 9, 2019

ANDREW GUILFORD
U.S. DISTRICT JUDGE